STATE v. BUTLER

No. 190P96

Case below: 122 N.C. App. 197

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 12 June 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

STATE v. KIRKMAN

No. 151P96

Case below: 111 N.C. App. 267

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 June 1996.

STATE v. LITTLE

No. 206P96

Case below: 122 N.C. App. 197

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 12 June 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

STATE v. MASON

No. 108P96

Case below: 121 N.C. App. 624

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

STATE v. MOORE

No. 245P96

Case below: 122 N.C. App. 576

Motion for temporary stay allowed 4 June 1996 pending receipt and determination of Attorney General's petition for discretionary review.